DISCOVERY HOUSE, INC., Plaintiff–Appellee,

v.

CONSOLIDATED CITY OF INDIANAPOLIS and Metropolitan Board of Zoning Appeals of Marion County, Indiana, Defendants–Appellants.

No. 02–2326.

United States Court of Appeals, Seventh Circuit.

March 28, 2003.

Before BAUER, KANNE, and EVANS, Circuit Judges.

## ORDER

On February 13, 2003, the plaintiff-appellee filed a petition for rehearing and petition for rehearing en banc. An answer was filed on March 13, 2003. All the judges on the original panel have voted to

deny a rehearing, and none of the judges in active service have requested a vote on the petition for rehearing en banc. The petitions for rehearing and rehearing en banc are therefore DENIED.